IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:94-00137 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| CHARLES NEBLETT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A revocation hearing is set in this action for **Friday, March 14, 2014 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the 25th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court